ACCEPTED
06-15-00165-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/16/2015 4:21:08 PM
DEBBIE AUTREY
CLERK

No. 06-15-00165-CR

IN THE COURT OF APPEALS
SIXTH DISTRICT
AT TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/16/2015 4:21:08 PM
DEBBIE AUTREY
Clerk

**JUAN TREVINO, Appellant**

*v.*

**THE STATE OF TEXAS**

**APPELLANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:

Comes now, Juan Trevino, Appellant in the above styled and numbered cause and would show this honorable Court the following:

**I.**

Trevino was convicted in the above cause of three counts of aggravated sexual assault and one count of indecency with a child. Punishment was assessed at three sentences of 40 years each and one sentence of 20 years. Notice of appeal was timely filed and the appeal docketed in this Court after transfer from the Third Court of Appeals.

## II.

The clerk's record was filed on November 20, 2015. The reporter's record was filed on November 23, 2015. Appellant's brief is due on December 23, 2015.

## III.

Appellant seeks a 30 day extension of the current deadline in which to file Appellant's brief, up to and including, January 22, 2016.

## IV.

This request is based on the following facts which prevent counsel for Appellant from preparing the brief by the current deadline:

The record in this cause is voluminous. It is comprised of nine volumes and two electronic exhibits admitted at trial. Counsel did not receive the complete record from the court reporter and district clerk until December 2, 2015. Counsel has not had an opportunity to review the record and prepare Appellant's brief by December 23, 2015. Filing of the brief cannot be accomplished by the current deadline while still effectively representing Appellant on direct appeal to this Court.

Additionally, counsel cannot meet the current deadline and needs a 30 day extension because he will be out of the office over the week of Christmas from December 21, 2015, to December 28, 2015. Counsel will additionally be out of the office and out of the state from January 7, 2016, to January 11, 2016.

## V.

This is Appellant's first request for an extension of time to file Appellant's brief.

## PRAYER

Appellant requests this Court grant the motion and extend the time to file Appellant's brief by 30 days, up to and including January 22, 2016.

Respectfully submitted,

/s/Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300

1411 West Ave., Suite 100
Austin, Texas 78701

(512) 469-7943
(512) 474-5594
wetzel_law@1411west.com

Attorney for Appellant
David Sylvester Chambers

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of this pleading was emailed to Counsel for the State of Texas, Ben Gillis, Assistant Criminal District Attorney, at his email address maintained in Caldwell County at Ben.Gillis@co.caldwell.tx.us on this the 16th day of December, 2015.

/s/Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300

3